# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: **Pilot Freight Carriers**   )   Case No.: **89-11552**
                                    )
[Type Debtor's Name]                )   Chapter: **7**
                                    )
         Debtor(s)                  )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. A dividend check in the amount of $ **555.85** was issued by the trustee to **Hugh White**, claimant in the above referenced case.

2. The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:

   Name: **Hugh White**
   Address: **421 Prairie Ave., Eutaw Al. 35462**
   Telephone number: **205-372-2852**

4. The claimant's social security or tax identification number is provided to the court on Exhibit A **(click here for example).**

5. The claimant did not receive or negotiate the dividend check for the following reason(s): **Change of address**

6. I am the claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity is attached.

Wherefore, the claimant requests that the court issue an order directing the Clerk to make disbursement of said Unclaimed Funds for the benefit of the claimant.

DATED:                                          _____
                                                Claimant's Signature

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: Pilot Freight Carriers )   Case No.: 89-11552
                              )
[Type Debtor's Name]          )   Chapter: 7
                              )
        Debtor(s)             )

### CERTIFICATE OF SERVICE

The undersigned (type or print name) Hugh White
of (type or print address) 421 Prairie Ave.
Eutaw Al. 35462
hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the 9th day of September, 2009, I served a copy of the foregoing Motion for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

- U.S. Attorney for the Middle District of NC
  P.O. Box 1858
  Greensboro, NC 27402

- (insert name and address of all other parties served)

Executed Sept. 9, 2009
(Date)

By: Hugh White
(Signature)